Form defntc

**UNITED STATES BANKRUPTCY COURT**

Southern District of West Virginia

In Re: Kathryn Gale Rhule
Debtor

Case No.: 2:04−bk−20488

Chapter: 13

**DEFICIENCY NOTICE**

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed on or before the date(s) indicated.

Chapter 13 Plan due 03/10/2004
Chapter 13 Plan due 03/10/2004
Schedules A−J due 03/10/2004
Summary of Schedules due 03/10/2004
Stmt. of Fin. Affairs due 03/10/2004

Teresa L. Deppner, Clerk

By

Cindy McKinney
Deputy Clerk

BAE SYSTEMS
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 0425-2 User: cam Page 1 of 1 Date Rcvd: Feb 25, 2004
Case: 04-20488 Form ID: defntc Total Served: 7

The following entities were served by first class mail on Feb 27, 2004.

| | |
|---|---|
| db | Kathryn Gale Rhule, 931 Red Oak Street, Charleston, WV 25302 |
| aty | Robin L. Godfrey, 800 Security Building, Charleston, WV 25301 |
| tr | Helen M. Morris, P.O. BOX 8535, South Charleston, WV 25303 |
| smg | IRS, Att: Joe A. Marsh, Chief Special Procedures, 425 Juliana St., Parkersburg, WV 26101-5334 |
| smg | United States Attorney, Southern District WV, P.O. Box 1713, Charleston, WV 25326-1713 |
| smg | WV Department of Tax & Revenue, Bankruptcy Unit, P.O. Box 766, Charleston, WV 25323-0766 |
| ust | U. S. Trustee, 300 Virginia St. East, Room 2025, Charleston, WV 25301 |

The following entities were served by electronic transmission.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 27, 2004** **Signature:** Joseph Speetjens