IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

KATHRYN GALE RHULE,          CASE NO. 04-20488
                             CHAPTER 13
    Debtor

MOTION TO EXTEND TIME TO FILE PLAN AND SCHEDULES

    Now comes debtor and says to the Court as follows:

    1.    This case was filed on February 24, 2004.

    2.    The plan and schedules are due March 10, 2004.

    3.    Debtor's counsel needs additional time to gather financial information.

    WHEREFORE, debtor hereby moves that the time in which to file her plan and schedules be extended to March 30, 2004.

                                                    KATHRYN GALE RHULE
                                                    By Counsel

_____
ROBIN L. GODFREY
WV State Bar No. 1406
Counsel for Debtor
800 Security Building
Charleston, WV 25301

CERTIFICATE OF SERVICE

    I, Robin L. Godfrey, Counsel for Debtor, do hereby certify that the attached Motion to Extend Time To File Plan and Schedules was served upon the Trustee and Assistant United States Trustee, as follows:

    Helen M. Morris
    Trustee
    Fax No. 744-6752

    Assistant United States Trustee
    Fax No. 347-3402

Dated this _9th_ day of March 2004.

_____
ROBIN L. GODFREY
Counsel for Debtor