UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

KATHRYN GALE RHULE,               CASE NO. 04-20488
                                                        CHAPTER 13
    Debtor

### ORDER EXTENDING TIME TO FILE PLAN AND SCHEDULES

This day came debtor by counsel upon her Motion To Extend Time To File Plan and Schedules, and moves that the Court extend the time to March 30, 2004.

Whereupon, for good cause shown, it is hereby ORDERED that debtor shall have until March 30, 2004 to file her plan and schedules.

ENTERED: MAR 12 2004

_____
JUDGE