UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

KATHRYN GALE RHULE,                    CASE NO. 04-20488
                                       CHAPTER 13
    Debtor


ORDER EXTENDING TIME TO FILE PLAN AND SCHEDULES

This day came debtor by counsel upon her Motion To Extend Time To File Plan and Schedules, and moves that the Court extend the time to March 30, 2004.

Whereupon, for good cause shown, it is hereby ORDERED that debtor shall have until March 30, 2004 to file her plan and schedules.

ENTERED: MAR 12 2004

_____
JUDGE

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0425-2          User: bjm              Page 1 of 1              Date Rcvd: Mar 12, 2004
Case: 04-20488                Form ID: pdf001        Total Served: 35


The following entities were served by first class mail on Mar 14, 2004.
 db         Kathryn Gale Rhule,   931 Red Oak Street,   Charleston, WV 25302
 aty        Robin L. Godfrey,   800 Security Building,   Charleston, WV  25301
 tr         Helen M. Morris,   P.O. BOX 8535,   South Charleston, WV 25303
 smg        IRS,   Att: Joe A. Marsh,   Chief Special Procedures,   425 Juliana St.,
              Parkersburg, WV  26101-5334
 smg        United States Attorney,   Southern District WV,   P.O. Box 1713,   Charleston, WV  25326-1713
 smg        WV Department of Tax & Revenue,   Bankruptcy Unit,   P.O. Box 766,   Charleston, WV  25323-0766
 ust        U. S. Trustee,   300 Virginia St. East,   Room 2025,   Charleston, WV  25301
1368888     A T & T Wireless,   P.O. Box 129,   Newark, NJ 07101
1368889     Allegheny Power Company,   800 Cabin Hill Drive,   Greensburg,PA 15606
1368890     American Electric Power,   P.O. Box 24401,   Canton, OH 44701
1368892     Bone & Joint Surgeons,   100 Tracy Way,   Charleston, WV 25311
1368893     Charleston Area Medical Center,   P.O. Box 3229,   Charleston, WV 25332
1368894     Charter Communications,   P.O. Box 1220,   Scott Depot, WV 25560
1368895     City of Charleston,   Municipal Fees,   P.O. Box 1026,   Charleston, WV 25324
1368896     Eye & Ear Clinic of Charleston,   P.O. Box 2271,   Charleston,WV 25328
1368899     FMS Inc./Arrow Financial Ser.,   4915 South Union Avenue,   Tulsa, OK 74107
1368897     Fashion Bug,   P. O. Box 3000,   Voorhees, NJ 08043
1368900     Gino's Better Pizza,   CBCS,   P.O. Box 2080,   Chillicothe, OH 45601
1368901     Healthcare Financial Services,   1204 Kanawha Blvd. E,   Charleston, WV 25301
1368902     Home Care Medical Equip. Inc.,   P.O. Box 55,   Point Pleasant, WV 25550
1368903     Integrated Healthcare,   P.O. Box 647,   Charleston, WV 25323-0647
1368904     Joey's,   115 Quarrier Street,   Charleston, WV 25301
1368905     Kanawha County Magistrate Court,   Case No. 03W-0002789,   Judicial Annex,   111 Court Street,
              Charleston, WV 25301
1368886     Midland Mortgage co.,   P.O. Box 268888,   Oklahoma City, OK 73126-8888
1368906     NCO Financial Systems,   P.O. Box 41457,   Philadelphia,PA 19101
1368887     Nathan H. Wasser, Esq.,   Wasser Associates,   43 Greene Street,   Cumberland, MD 21502
1368907     Pinnacle Financial Group,   7825 Washington Ave S. Ste 410,   Minneapolis, MN 55439
1368908     Providian,   P.O. Box 660490,   Dallas, TX 75266
1368909     Putnam County Magistrate Court,   Case No. 00W-0001255,   Putnam County Judicial Bldg.,
              Winfield, WV 25213
1368910     RXBYTEL,   425 W. Washington Street,   Charleston, WV 25302
1368911     Smith & Smith Dental Corporation,   P.O. Box 6430,   Charleston, WV 25362
1368912     The Westmoreland Agency,   A Capital One Company,   P.O. Box 85523,   Richmond, VA 23286
1368913     Verizon WV,   P.O. Box 17577,   Baltimore, MD 21297
1368914     WV American Water Co.,   P.O. Box 578,   Alton, IL 62002

The following entities were served by electronic transmission on Mar 12, 2004 and receipt of the transmission
was confirmed on:
1368891     E-mail: bankruptcy@bbandt.com Mar 12 2004 21:47:31      BB&T,   P.O. Box 1793,   Charleston, WV 25326
                                                                                                   TOTAL: 1

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1368898     First Consumer National Bank,   Spiegel,   9310 SW Gemini Drive,   Beaverton, Orgon 97078-0001
                                                                                                   TOTALS: 1, * 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 14, 2004**                        **Signature:**    *Joseph Speetjens*