UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

KATHRYN GALE RHULE     CASE No. 04-20488
                       CHAPTER 13
    Debtor

## MOTION TO ALLOW DIRECT PAY BY DEBTOR

Now comes debtor by counsel, Robin L. Godfrey, and moves the Court to allow debtor to pay directly to the Chapter 13 Trustee under this plan rather than through wage withholding to avoid embarrassment at debtor's place of employment.

Debtor's payments will be sent reliably and timely if debtor is permitted to make direct payments to the Trustee.

                            KATHRYN GALE RHULE
                            By Counsel

ROBIN L. GODFREY
WV State Bar No. 1406
Counsel for Debtor
800 Security Building
Charleston, WV 25301

CERTIFICATE OF SERVICE

I, Robin L. Godfrey, Counsel for Debtor, do hereby certify that the Motion To Allow Direct Pay By Debtor was served upon the Trustee and the Assistant United States Trustee by Fax as follows:

    Helen M. Morris
    Trustee
    Fax No. 744-6752

    Assistant United States Trustee
    Fax No: 347-3402

Dated this 16th day of April, 2004.

                              ROBIN L. GODFREY
                              Counsel for Debtor