Form E-2

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re KATHRYN GALE RHULE

Case No. 04-20488
Chapter 13
Adjustments of Debts

Debtor(s)

CHAPTER 13 PLAN AND IF CHECKED,
☐ MOTION TO AVOID LIENS; ☐ MOTION TO VALUE SECURED PROPERTY

THIS PLAN CONTAINS EVIDENTIARY MATTER WHICH, IF NOT CONTROVERTED, MAY BE ACCEPTED BY THE COURT AS TRUE. THIS PLAN MAY BE CONFIRMED BASED ON THE INFORMATION AND VALUATIONS IT CONTAINS IF THERE IS NO OBJECTION FROM CREDITORS. CREDITORS MAY OBJECT TO ITS CONFIRMATION PURSUANT TO BANKRUPTCY CODE § 1324. ANY OBJECTIONS MUST BE IN WRITING AND MUST BE FILED NO LATER THAN TEN DAYS FOLLOWING THE FIRST DATE SET FOR THE § 341(a) MEETING OF CREDITORS. (THE DATE OF THE § 341 (a) MEETING OF CREDITORS CAN BE FOUND IN THE NOTICE OF FILING.) SECURED CREDITORS TAKE NOTE THAT YOUR COLLATERAL IS VALUED UNDER THE CLASS THREE CLAIMS PROVISION OF THIS PLAN. THE TRUSTEE WILL PAY HOLDERS OF SECURED CLAIMS ACCORDING TO THIS PLAN UNLESS AND UNTIL AN OBJECTION IS TIMELY FILED BY THE SECURED CLAIM HOLDER.

The Debtor proposes the following Chapter 13 Plan and makes the following declarations:

I. **PROPERTIES AND FUTURE EARNINGS OR INCOME SUBJECT TO THE SUPERVISION AND CONTROL OF THE TRUSTEE:**
The Debtor submits the following to the supervision and control of the Trustee:

1. Payments by the Debtor of $ 160.00 for 36 months.
   Pursuant to Local Rule 6.01:
   ☐ a Wage Withholding Order will be issued to the Debtor's employer.
   ☐ a motion to permit direct payment by the Debtor was filed with the petition.

2. Other Property: _____
   (Specify property or indicate none)

3. Amounts necessary for the payment of post-petition claims allowed under Bankruptcy Code § 1305.

II. **PLAN ANALYSIS - TOTAL PAYMENT PROVIDED FOR UNDER THE PLAN**

(a) CLASS ONE
    (1) Unpaid attorney's fees ............................................... $ 230.40
    (2) Taxes ................................................................ $
    (3) Educational Benefit Overpayments or Loans ......................... $
    (4) Other ............................................................... $
(b) CLASS TWO ............................................................... $ 3,475.00
(c) CLASS THREE ............................................................ $
(d) CLASS FOUR ............................................................. $
(e) CLASS FIVE ............................................................. $ 1,536.12
(f) SUB-TOTAL .............................................................. $ 5,241.52
(g) TRUSTEE'S FEES..(Estimated at 10% or the Court established rate of 9 %).... $ 518.40

III. **CLASSIFICATION AND TREATMENT OF CLAIMS; AND VALUATION OF SECURED PROPERTY**

1. **CLASS ONE** - *Allowed Unsecured Claims entitled to priority under Bankruptcy Code § 507.* Debtor will pay Class One Claims in full in deferred payments, provided a proof of claim has been filed, as follows:

| | PREPETITION PAYMENT TO ATTORNEY | AMOUNT OF PRIORITY CLAIM | MONTHLY PAYMENT | NUMBER OF PAYMENTS | TOTAL PAYMENT |
|---|---|---|---|---|---|
| a. Administrative Expenses | | | | | |
| (1) Trustee's Compensation | | Not to exceed 10% of amounts disbursed | | | |
| (2) Attorney's Fees | $ 765.00 | Plus 4% of amounts disbursed | | | |
| b. Internal Revenue Service | | $ | $ | # | $ |
| c. West Virginia Dept. of Revenue | | $ | $ | # | $ |
| d. Educational Benefit Overpayment or Loan guaranteed by a governmental unit | | $ | $ | # | $ |
| e. Other: _____ | | $ | $ | # | $ |

PAGE 1a

**2. CLASS TWO** - *Payments on Real Property that is the Debtor's PRINCIPAL RESIDENCE.*

☐ Payments to the lienholder(s) on the Debtor's principal residence are not in default. Future payments under the mortgage contract will be made outside the plan.

☐ Payments to the lienholder(s) on the Debtor's principal residence are not in default. Future payments under the mortgage contract will be made under the plan.

☒ Payments to the lienholder(s) on the Debtor's principal residence are in default. The arrearage will be cured as indicated below. Future payments under the mortgage contract will be made outside the plan.

☐ Payments to the lienholder(s) on the Debtor's principal residence are in default. The arrearage will be cured as indicated below. Future payments under the mortgage contract will be made under the plan.

**Claims Against the Debtor's Principal Residence** - (If room to list more creditors is needed attach continuation sheet as Page 2b.)

a. Midland on deed of trust arrears through April 2004 of $3,475.00 at NO INTEREST: $96.53 mo.

| Name of Lienholder | | Account No. | |
|---|---|---|---|
| Amount of monthly mortgage payment to lienholder $ _____ MONTHLY PAYMENT | | | |
| ☐ Number and total amount of mortgage payments to be made under the plan *(Check this box and complete this line only if contract mortgage payments are to be made under the plan.)* | | NUMBER OF PAYMENTS _____ | $ _____ TOTAL CLASS TWO PAYMENTS |
| ☐ The default will be cured by monthly payments under the plan. The monthly payments reflect the present value of the arrearage computed at a discount rate of _____ % per annum. *(Check this box and complete this line only if the mortgage is in default.)* | | | |
| $ 3,475.00 AMOUNT IN IN DEFAULT | $ 96.53 MONTHLY PAYMENT TO CURE DEFAULT | 36 NUMBER OF PAYMENTS | $ 3,475.00 TOTAL CLASS TWO PAYMENTS |

b.

| Name of Lienholder | | Account No. | |
|---|---|---|---|
| Amount of monthly mortgage payment to lienholder $ _____ MONTHLY PAYMENT | | | |
| ☐ Number and total amount of mortgage payments to be made under the plan *(Check this box and complete this line only if contract mortgage payments are to be made under the plan.)* | | NUMBER OF PAYMENTS _____ | $ _____ TOTAL CLASS TWO PAYMENTS |
| ☐ The default will be cured by monthly payments under the plan. The monthly payments reflect the present value of the arrearage computed at a discount rate of _____ % per annum. *(Check this box and complete this line only if the mortgage is in default.)* | | | |
| $ _____ AMOUNT IN IN DEFAULT | $ _____ MONTHLY PAYMENT TO CURE DEFAULT | _____ NUMBER OF PAYMENTS | $ _____ TOTAL CLASS TWO PAYMENTS |

c.

| Name of Lienholder | | Account No. | |
|---|---|---|---|
| Amount of monthly mortgage payment to lienholder $ _____ MONTHLY PAYMENT | | | |
| ☐ Number and total amount of mortgage payments to be made under the plan *(Check this box and complete this line only if contract mortgage payments are to be made under the plan.)* | | NUMBER OF PAYMENTS _____ | $ _____ TOTAL CLASS TWO PAYMENTS |
| ☐ The default will be cured by monthly payments under the plan. The monthly payments reflect the present value of the arrearage computed at a discount rate of _____ % per annum. *(Check this box and complete this line only if the mortgage is in default.)* | | | |
| $ _____ AMOUNT IN IN DEFAULT | $ _____ MONTHLY PAYMENT TO CURE DEFAULT | _____ NUMBER OF PAYMENTS | $ _____ TOTAL CLASS TWO PAYMENTS |

VII. OTHER PROVISIONS

☐ 1.   The following executory contracts and unexpired leases are rejected:

   N/A

☐ 2.   Debtor assumes the following executory contracts and unexpired leases:

   N/A

☐ 3.   Debtor shall make regular monthly payments directly to the following:

   N/A

☐ 4.   Debtor hereby abandons the following personal or real property:

   N/A

☐ 5.   Miscellaneous Provisions (specify):

   1) Midland will be paid outside the plan on mortgage beginning in May 2004.

   2) Sallie Mae will be paid outside the plan on student loan.

   3) Non-sufficient Fund Checks will be paid outside the plan.

2. **CLASS TWO** - *Payments on Real Property that is the Debtor's PRINCIPAL RESIDENCE.*
☐ There are no CLASS TWO payments treated under this plan. ☒ Treatment of CLASS TWO claims are depicted on Page 2a, attached to this plan.
☐ Debtor's mortgage is treated outside the plan.

3. **CLASS THREE and MOTION TO VALUE SECURED PROPERTY** - *Secured claims not secured solely by a security interest in the Debtor's principal residence which are paid in full under the plan.*
☒ There are no CLASS THREE payments treated under this plan. ☐ A motion to value secured property and treatment of CLASS THREE claims are depicted on Page 3a, attached to this plan.

4. **CLASS FOUR** - *Secured and Unsecured Claims for which the last payment is due after the final payment under the Plan is due.*
☒ There are no CLASS FOUR payments treated under this plan. ☐ Treatment of CLASS FOUR claims are depicted on Page 4a, attached to this plan.

5. **CLASS FIVE** - *Non-Priority Unsecured Claims.* The Debtor estimates that non-priority general unsecured claims total the sum of $ 13,000.00 . Class Five shall be paid as follows: $42.67 month
(Check one box only)
☒ Class Five Claims (including allowed unsecured amounts from Class Three) are of one class and shall be paid (pro rata) at  10%     % of such claims.
☐ Class Five Claims are divided into subclasses as depicted on the attached Exhibit and paid pro rata in each subclass as indicated therein. The Plan provides the same treatment for each claim within each subclass of Class Five. The claims of each subclass are substantially similar and the division into subclasses does not discriminate unfairly.

6. **CLASS SIX** - *Post-Petition claims under Bankruptcy Code § 1305.* Post-petition claims allowed under Bankruptcy Code § 1305 shall be paid in full in equal monthly installments commencing no more than 30 days after entry of an order allowing such claims and concluding on the date of the last payment under the Plan, provided sufficient funds are available under this plan or an amended plan.

IV. **COMPARISON TO CHAPTER 7** - The value as of the effective date of the Plan of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the Estate of the Debtor were liquidated under Bankruptcy Code Chapter 7 on such date. The percentage distribution to general unsecured creditors under Chapter 7 is estimated at _____ %.

V. **ENLARGEMENT OF TIME FOR PAYMENTS**
The Plan provides for payment over a period of more than 36 months; cause exists as follows:

1. ☐ The Plan proposes to pay at least _____ % of unsecured claims.

2. ☐ Other: _____ .

VI. **DEBTOR'S ABILITY TO MAKE PAYMENTS AND COMPLY WITH THE BANKRUPTCY CODE:**
Debtor will be able to make all payments and comply with all provisions of the Plan, based upon the availability to the Debtor of the income and property the Debtor proposes to use to complete the Plan.

This Plan complies with the provisions of Chatper 13 and all other applicable provisions of the Bankruptcy Code. Any fee, charge, or amount required to be paid under the United States Code or required by the Plan to be paid before confirmation has been paid or will be paid prior to confirmation. The Plan has been proposed in good faith and is not by any means forbidden by law.

VII. **MOTION TO AVOID LIENS ON EXEMPT PROPERTY** - ☒ There are no motions to avoid liens filed under this plan. ☐ Motions to avoid liens are attached to this plan on Page 5a.

VIII. **OTHER PROVISIONS** - ☐ There are no other provisions to this plan. ☒ Other provisions are attached to this plan as page 6a.

Dated: 4/16/04 .                                     _____
                                                      Attorney for Debtor

I declare under penalty of perjury that the foregoing is true and correct.

_____                       _____
Debtor                                               Joint Debtor

SECURED CREDITORS PLEASE NOTE IF MOTIONS ARE ATTACHED TO THIS PLAN.
THIS PLAN CONTAINS A TOTAL OF _____ PAGES WHICH INCLUDE THE FOLLOWING PAGES AND CONTINUATION SHEETS (check if attached):

☐ MOTION TO AVOID LIENS - (attached page 5a)    ☐ MOTION TO VALUE SECURED PROPERTY - (attached page 3a)