KATHRYN GALE RHULE                               CASE NO. 04-20488
                                                 CHAPTER 13

<u>PLEASE ADD TO MAILING MATRIX</u>

ALLTEL
P.O. Box 96019
Charlotte, NC 28296

Dr. Gina Busch
Dr. Stacy Copeland
9 Courtney Drive
Charleston, WV 25304