UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

In re                                                        Case No. 04-20488

KATHRYN GALE RHULE,                                          Chapter 13

    Debtor(s).                                           Adjustment of Debts


ORDER OF CONDITIONAL DISMISSAL FOR FAILURE TO FILE PLAN

The above-captioned Debtor(s) has failed to file a Chapter 13 plan within fifteen (15) days of the filing of the Chapter 13 petition, as required by Bankruptcy Rule 3015, or within the time extended by the Court. Therefore it is accordingly

ORDERED that the Chapter 13 petition of the above-captioned Debtor(s) will be dismissed without further order at 5:00 p.m. on _May 10, 2004_ unless a Chapter 13 plan is filed and served in accordance with the local rules of this Court prior to that time.

---

IMPORTANT NOTICE TO DEBTOR(S)

You have failed to file a plan within the time allowed by the rules of this Court. If you are represented by counsel, contact your attorney immediately. To prevent dismissal of your case you must do the following before 5:00 p.m. on the date above:

1. File your Chapter 13 plan with the Clerk of the Bankruptcy Court along with a certificate of service indicating that you have served the Trustee and creditors with a copy of your plan. See items 2 and 3 below. The Clerk's address is:

   Clerk, U. S. Bankruptcy Court
   Post Office Box 3924
   2400 Robert C. Byrd U.S. Courthouse
   300 Virginia Street
   Charleston, WV 25339-3924
   Phone: (304) 347-3000

2. Serve a copy of the plan on the Trustee, Helen M. Morris. Ms. Morris's address is:

   Helen M. Morris, Chapter 13 Trustee
   P. O. Box 8531
   South Charleston, WV 25303

3. Serve a copy of the plan on all of the creditors that you listed in your bankruptcy petition. You can obtain a copy of your creditor list from the Clerk of the Bankruptcy Court.

The Chapter 13 plan must be filed in the Clerk's office by 5:00 p.m. on the date given in this notice. Failure to comply with these instructions may require you to refile your petition and pay the filing fee again.

---

ENTERED:   APR 19 2004

bm

RONALD G. PEARSON, JUDGE

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0425-2         User: bjm              Page 1 of 1           Date Rcvd: Apr 19, 2004
Case: 04-20488               Form ID: pdf001        Total Served: 3

The following entities were served by first class mail on Apr 21, 2004.
db          Kathryn Gale Rhule,   931 Red Oak Street,    Charleston, WV   25302
aty         Robin L. Godfrey,   800 Security Building,   Charleston, WV   25301
tr          Helen M. Morris,   P. O. Box 8535,   South Charleston, WV   25303

The following entities were served by electronic transmission.
NONE.                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 21, 2004**                 **Signature:** _Joseph Speetjens_