**FORM B9I** (Chapter 13 Case) (9/97)        Case Number **2:04−bk−20488**

# UNITED STATES BANKRUPTCY COURT
DISTRICT of Southern District of West Virginia

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

The debtor(s) listed below filed a chapter 13 bankruptcy case on 2/24/04.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor (name(s) and address):
Kathryn Gale Rhule

931 Red Oak Street
Charleston, WV 25302

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| 2:04−bk−20488 | xxx−xx−1988 |
| Attorney for Debtor(s) (name and address):<br>Robin L. Godfrey<br>800 Security Building<br>Charleston, WV 25301<br>Telephone number: (304) 344−3440 | Bankruptcy Trustee (name and address):<br>Helen M. Morris<br>P. O. Box 8535<br>South Charleston, WV 25303<br>Telephone number: (304) 744−6730 |

### Meeting of Creditors:

Date: **June 9, 2004**      Time: **08:30 AM**

Location: **Office of the U. S. Trustee, Room 2009 Robert C. Byrd Courthouse, 300 Virginia Street East, Charleston, WV**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim
For all creditors (except a governmental unit): **9/7/04**      For a governmental unit: 180 days after date of Order for Relief

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

#### Trustee Settlement Conference
June 23, 2004
at 09:30 AM at Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV

#### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan is enclosed. The hearing on confirmation will be held:
Date: **10/6/04** , Time: **10:00 AM** , Location: **Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV**

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property, and certain codebtors. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

| **Address of the Bankruptcy Clerk's Office:**<br>300 Virginia St. East<br>Charleston, WV 25301<br>Telephone number: 304−347−3000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Teresa L. Deppner |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 5:00 PM | Date: 4/21/04 |

# EXPLANATIONS

FORM B9I (9/97)

| | |
|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. |
| Creditors May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee, and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim against the debtor in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

−− Refer to Other Side for Important Deadlines and Notices −−

FORM B10 (Official Form 10) (04/04)

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF WEST VIRGINIA | PROOF OF CLAIM |
|---|---|

| Name of Debtor<br>Kathryn Gale Rhule | Case Number<br>04-20488 |
|---|---|

**NOTE:** This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and Address where notices should be sent:

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

04-20488

Telephone Number:

THIS SPACE IS FOR COURT USE ONLY

Account or other number by which creditor identifies debtor:

Check here if   ☐ replaces
this claim      ☐ amends   a previously filed claim, dated:_____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS #: _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)              (date)

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:** $_____  _____  _____  _____
                                                  (unsecured)  (secured)  (priority)  (Total)

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).

  Brief Description of Collateral:
  ☐ Real Estate   ☐ Motor Vehicle
     ☐ Other_____

  Value of Collateral: $_____

  Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**6. Unsecured Nonpriority Claim  $_____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim

  Amount entitled to priority $_____
  Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,925),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**8. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**9. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**10. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| | |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, such as bankruptcy cases that are not filed voluntarily by a debtor, there may be exceptions to these general rules.*

---- DEFINITIONS ----

*Debtor*

The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

*Creditor*

A creditor is any person, corporation, or other entity to whom the debtor owed a debt on the date that the bankruptcy case was filed.

*Proof of Claim*

A form telling the bankruptcy court how much the debtor owed a creditor at the time the bankruptcy case was filed (the amount of the creditor´s claim). This form must be filed with the clerk of the bankruptcy court where the bankruptcy case was filed.

*Secured Claim*

A claim is a secured claim to the extent that the creditor has a lien on property of the debtor (collateral) that gives the creditor the right to be paid from that property before creditors who do not have liens on the property.

Examples of liens are a mortgage on real estate and a security interest in a car, truck, boat, television set, or other item of property. A lien may have been obtained through a court proceeding before the bankruptcy case began; in some states a court judgment is a lien. In addition, to the extent a creditor also owes money to the debtor (has a right of setoff), the creditor´s claim may be a secured claim. (See also *Unsecured Claim*.)

*Unsecured Claim*

If a claim is not a secured claim it is an unsecured claim. A claim may be partly secured and partly unsecured if the property on which a creditor has a lien is not worth enough to pay the creditor in full.

*Unsecured Priority Claim*

Certain types of unsecured claims are given priority, so they are to be paid in bankruptcy cases before most other unsecured claims (if there is sufficient money or property available to pay these claims). The most common types of priority claims are listed on the proof of claim form. Unsecured claims that are not specifically given priority status by the bankruptcy laws are classified as *Unsecured Nonpriority Claims*.

## Items to be completed in Proof of Claim form (if not already filled in)

**Court, Name of Debtor, and Case Number:**
Fill in the name of the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the name of the debtor in the bankruptcy case, and the bankruptcy case number. If you received a notice of the case from the court, all of this information is near the top of the notice.

**Information about Creditor:**
Complete the section giving the name, address, and telephone number of the creditor to whom the debtor owes money *or* property, and the debtor´s account number, if any. If anyone else has already filed a proof of claim relating to this debt, if you never received notices from the bankruptcy court about this case, if your address differs from that to which the court sent notice, or if this proof of claim replaces or changes a proof of claim that was already filed, check the appropriate box on the form.

1. **Basis for Claim:**
Check the type of debt for which the proof of claim is being filed. If the type of debt is not listed, check "Other" and briefly describe the type of debt. If you were an employee of the debtor, fill in the last four digits of your social security number and the dates of work for which you were not paid.

2. **Date Debt Incurred:**
Fill in the date when the debt first was owed by the debtor.

3. **Court Judgments:**
If you have a court judgment for this debt, state the date the court entered the judgment.

4. **Total Amount of Claim at Time Case Filed:**
Fill in the applicable amounts, including the total amount of the entire claim. If interest or other charges in addition to the principal amount of the claim are included, check the appropriate place on the form and attach an itemization of the interest and charges.

5. **Secured Claim:**
Check the appropriate place if the claim is a secured claim. You must state the type and value of property that is collateral for the claim, attach copies of the documentation of your lien, and state the amount past due on the claim as of the date the bankruptcy case was filed. A claim may be partly secured and partly unsecured. (See DEFINITIONS, above).

6. **Unsecured Nonpriority Claim:**
Check the appropriate place if you have an unsecured nonpriority claim, sometimes referred to as a "general unsecured claim". (See DEFINITIONS, above). If your claim is partly secured and partly unsecured, state here the amount that is unsecured. If part of your claim is entitled to priority, state here the amount **not** entitled to priority.

7. **Unsecured Priority Claim:**
Check the appropriate place if you have an unsecured priority claim, and state the amount entitled to priority. (See DEFINITIONS, above). A claim may be partly priority and partly nonpriority if, for example, the claim is for more than the amount given priority by the law. Check the appropriate place to specify the type of priority claim.

8. **Credits:**
By signing this proof of claim, you are stating under oath that in calculating the amount of your claim you have given the debtor credit for all payments received from the debtor.

9. **Supporting Documents:**
You must attach to this proof of claim form copies of documents that show the debtor owes the debt claimed or, if the documents are too lengthy, a summary of those documents. If documents are not available, you must attach an explanation of why they are not available.

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0425-2           User: cam               Page 1 of 1                Date Rcvd: Apr 21, 2004
Case: 04-20488                 Form ID: b9i2           Total Served: 38

The following entities were served by first class mail on Apr 23, 2004.
 db          Kathryn Gale Rhule,    931 Red Oak Street,    Charleston, WV 25302
 aty         Robin L. Godfrey,    800 Security Building,    Charleston, WV 25301
 tr          Helen M. Morris,    P. O. Box 8535,    South Charleston, WV 25303
 ust         U. S. Trustee,    300 Virginia St. East,    Room 2025,    Charleston, WV 25301
1368888      A T & T Wireless,    P.O. Box 129,    Newark, NJ 07101
1368889      Allegheny Power Company,    800 Cabin Hill Drive,    Greensburg,PA 15606
1391777      Alltel,    P.O. Box 96019,    Charlotte, NC 28296
1368890      American Electric Power,    P.O. Box 24401,    Canton, OH 44701
1368892      Bone & Joint Surgeons,    100 Tracy Way,    Charleston, WV 25311
1368893      Charleston Area Medical Center,    P.O. Box 3229,    Charleston, WV 25332
1368894      Charter Communications,    P.O. Box 1220,    Scott Depot, WV 25560
1368895      City of Charleston,    Municipal Fees,    P.O. Box 1026,    Charleston, WV 25324
1391778      Dr. Gina Busch,    9 Courtney Drive,    Charleston, WV 25304
1391779      Dr. Stacy Copeland,    9 Courtney Drive,    Charleston, WV 25304
1368896      Eye & Ear Clinic of Charleston,    P.O. Box 2271,    Charleston,WV 25328
1368899      FMS Inc./Arrow Financial Ser.,    4915 South Union Avenue,    Tulsa, OK 74107
1368897      Fashion Bug,    P. O. Box 3000,    Voorhees, NJ 08043
1368900      Gino's Better Pizza,    CBCS,    P.O. Box 2080,    Chillicothe, OH 45601
1368901      Healthcare Financial Services,    1204 Kanawha Blvd. E,    Charleston, WV 25301
1368902      Home Care Medical Equip. Inc.,    P.O. Box 55,    Point Pleasant, WV 25550
1376587      Household Credit Services,    P.O. Box 5216,    Carol Stream, IL 60197
1368903      Integrated Healthcare,    P.O. Box 647,    Charleston, WV 25323-0647
1368904      Joey's,    115 Quarrier Street,    Charleston, WV 25301
1368905      Kanawha County Magistrate Court,    Case No. 03W-0002789,    Judicial Annex,    111 Court Street,
              Charleston, WV 25301
1368886      Midland Mortgage co.,    P.O. Box 268888,    Oklahoma City, OK 73126-8888
1368906      NCO Financial Systems,    P.O. Box 41457,    Philadelphia,PA 19101
1368887      Nathan H. Wasser, Esq.,    Wasser Associates,    43 Greene Street,    Cumberland, MD 21502
1368907      Pinnacle Financial Group,    7825 Washington Ave S. Ste 410,    Minneapolis, MN 55439
1368908      Providian,    P.O. Box 660490,    Dallas, TX 75266
1368909      Putnam County Magistrate Court,    Case No. 00W-0001255,    Putnam County Judicial Bldg.,
              Winfield, WV 25213
1368910      RXBYTEL,    425 W. Washington Street,    Charleston, WV 25302
1391780      Sallie Mae,    P.O. Box 9500,    Wilkes-Barre, PA 18773
1368911      Smith & Smith Dental Corporation,    P.O. Box 6430,    Charleston, WV 25362
1368912      The Westmoreland Agency,    A Capital One Company,    P.O. Box 85523,    Richmond, VA 23286
1368913      Verizon WV,    P.O. Box 17577,    Baltimore, MD 21297
1368914      WV American Water Co.,    P.O. Box 578,    Alton, IL 62002

The following entities were served by electronic transmission on Apr 21, 2004 and receipt of the transmission
was confirmed on:
1391777      EDI: ALLTEL.COM Apr 21 2004 23:52:00      Alltel,    P.O. Box 96019,    Charlotte, NC 28296
1368891      E-mail: bankruptcy@bbandt.com Apr 21 2004 23:51:03     BB&T,    P.O. Box 1793,    Charleston, WV 25326
1386877      E-mail: bankruptcy@bbandt.com Apr 21 2004 23:51:03     Branch Banking & Trust Company,
              Bankruptcy Section/ 100-70-01-51,    PO Box 1847,    Wilson, NC  27894-1847
1368913      EDI: AFNIVERIZONE.COM Apr 21 2004 23:52:00      Verizon WV,    P.O. Box 17577,    Baltimore, MD 21297
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1368898      First Consumer National Bank,    Spiegel,    9310 SW Gemini Drive,    Beaverton, Orgon 97078-0001
1386920*     Branch Banking & Trust Company,    Bankruptcy Section/ 100-70-01-51,    PO box 1847,
              Wilson, NC  27894-1847
                                                                                   TOTALS: 1, * 1
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 23, 2004**          **Signature:**   *Joseph Speetjens*