Form E-2

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

In re KATHRYN GALE RHULE

Case No. 04-20488
Chapter 13
Adjustments of Debts

Debtor(s)

**CHAPTER 13 PLAN AND IF CHECKED,
☐ MOTION TO AVOID LIENS; ☐ MOTION TO VALUE SECURED PROPERTY**

THIS PLAN CONTAINS EVIDENTIARY MATTER WHICH, IF NOT CONTROVERTED, MAY BE ACCEPTED BY THE COURT AS TRUE. THIS PLAN MAY BE CONFIRMED BASED ON THE INFORMATION AND VALUATIONS IT CONTAINS IF THERE IS NO OBJECTION FROM CREDITORS. CREDITORS MAY OBJECT TO ITS CONFIRMATION PURSUANT TO BANKRUPTCY CODE § 1324. ANY OBJECTIONS MUST BE IN WRITING AND MUST BE FILED NO LATER THAN TEN DAYS FOLLOWING THE FIRST DATE SET FOR THE § 341(a) MEETING OF CREDITORS. (THE DATE OF THE § 341 (a) MEETING OF CREDITORS CAN BE FOUND IN THE NOTICE OF FILING.) SECURED CREDITORS TAKE NOTE THAT YOUR COLLATERAL IS VALUED UNDER THE CLASS THREE CLAIMS PROVISION OF THIS PLAN. THE TRUSTEE WILL PAY HOLDERS OF SECURED CLAIMS ACCORDING TO THIS PLAN UNLESS AND UNTIL AN OBJECTION IS TIMELY FILED BY THE SECURED CLAIM HOLDER.

The Debtor proposes the following Chapter 13 Plan and makes the following declarations:

**I. PROPERTIES AND FUTURE EARNINGS OR INCOME SUBJECT TO THE SUPERVISION AND CONTROL OF THE TRUSTEE:**

The Debtor submits the following to the supervision and control of the Trustee:

1. Payments by the Debtor of $ 160.00 for 36 months.
   Pursuant to Local Rule 6.01:
   ☐ a Wage Withholding Order will be issued to the Debtor's employer.
   ☐ a motion to permit direct payment by the Debtor was filed with the petition.

2. Other Property: _____
   (Specify property or indicate none)

3. Amounts necessary for the payment of post-petition claims allowed under Bankruptcy Code § 1305.

**II. PLAN ANALYSIS - TOTAL PAYMENT PROVIDED FOR UNDER THE PLAN**

| | | | |
|---|---|---|---|
| (a) | CLASS ONE | | |
| | (1) | Unpaid attorney's fees | $ 230.40 |
| | (2) | Taxes | $ |
| | (3) | Educational Benefit Overpayments or Loans | $ |
| | (4) | Other | $ |
| (b) | CLASS TWO | | $ 3,475.00 |
| (c) | CLASS THREE | | $ |
| (d) | CLASS FOUR | | $ |
| (e) | CLASS FIVE | | $ 1,536.12 |
| (f) | SUB-TOTAL | | $ 5,241.52 |
| (g) | TRUSTEE'S FEES..(Estimated at 10% or the Court established rate of 9 %) | | $ 518.40 |

**III. CLASSIFICATION AND TREATMENT OF CLAIMS; AND VALUATION OF SECURED PROPERTY**

1. **CLASS ONE** - *Allowed Unsecured Claims entitled to priority under Bankruptcy Code § 507.* Debtor will pay Class One Claims in full in deferred payments, provided a proof of claim has been filed, as follows:

| | PREPETITION PAYMENT TO ATTORNEY | AMOUNT OF PRIORITY CLAIM | MONTHLY PAYMENT | NUMBER OF PAYMENTS | TOTAL PAYMENT |
|---|---|---|---|---|---|
| a. Administrative Expenses | | | | | |
| (1) Trustee's Compensation | | Not to exceed 10% of amounts disbursed | | | |
| (2) Attorney's Fees | $ 765.00 | Plus 4% of amounts disbursed | | | |
| b. Internal Revenue Service | | $ | $ | # | $ |
| c. West Virginia Dept. of Revenue | | $ | $ | # | $ |
| d. Educational Benefit Overpayment or Loan guaranteed by a governmental unit | | $ | $ | # | $ |
| e. Other: _____ | | $ | $ | # | $ |

PAGE 1a

2. **CLASS TWO** - *Payments on Real Property that is the Debtor's PRINCIPAL RESIDENCE.*

☐ Payments to the lienholder(s) on the Debtor's principal residence are not in default. Future payments under the mortgage contract will be made outside the plan.

☐ Payments to the lienholder(s) on the Debtor's principal residence are not in default. Future payments under the mortgage contract will be made under the plan.

☒ Payments to the lienholder(s) on the Debtor's principal residence are in default. The arrearage will be cured as indicated below. Future payments under the mortgage contract will be made outside the plan.

☐ Payments to the lienholder(s) on the Debtor's principal residence are in default. The arrearage will be cured as indicated below. Future payments under the mortgage contract will be made under the plan.

**Claims Against the Debtor's Principal Residence** - (If room to list more creditors is needed attach continuation sheet as Page 2b.)

a. Midland on deed of trust arrears through April 2004 of $3,475.00 at NO INTEREST: $96.53 mo.

Name of Lienholder
Amount of monthly mortgage payment to lienholder $ _____
MONTHLY PAYMENT
Account No.

☐ Number and total amount of mortgage payments to be made under the plan
(Check this box and complete this line only if contract mortgage payments are to be made under the plan.)

☐ The default will be cured by monthly payments under the plan. The monthly payments reflect the present value of the arrearage computed at a discount rate of ____% per annum.
(Check this box and complete this line only if the mortgage is in default.)

| $ 3,475.00 | $ 96.53 | 36 | $ 3,475.00 |
| AMOUNT IN IN DEFAULT | MONTHLY PAYMENT TO CURE DEFAULT | NUMBER OF PAYMENTS | TOTAL CLASS TWO PAYMENTS |

b.

Name of Lienholder
Amount of monthly mortgage payment to lienholder $ _____
MONTHLY PAYMENT
Account No.

☐ Number and total amount of mortgage payments to be made under the plan

☐ The default will be cured by monthly payments under the plan. The monthly payments reflect the present value of the arrearage computed at a discount rate of ____% per annum.

c.

Name of Lienholder
Amount of monthly mortgage payment to lienholder $ _____
MONTHLY PAYMENT
Account No.

☐ Number and total amount of mortgage payments to be made under the plan

☐ The default will be cured by monthly payments under the plan. The monthly payments reflect the present value of the arrearage computed at a discount rate of ____% per annum.

PAGE 2a

VII. OTHER PROVISIONS

☐   1.      The following executory contracts and unexpired leases are rejected:

              N/A

☐   2.      Debtor assumes the following executory contracts and unexpired leases:

              N/A

☐   3.      Debtor shall make regular monthly payments directly to the following:

              N/A

☐   4.      Debtor hereby abandons the following personal or real property:

              N/A

☐   5.      Miscellaneous Provisions (specify):

1) Midland will be paid outside the plan on mortgage beginning in May 2004.

2) Sallie Mae will be paid outside the plan on student loan.

3) Non-sufficient Fund Checks will be paid outside the plan.

2. **CLASS TWO** - *Payments on Real Property that is the Debtor's PRINCIPAL RESIDENCE.*
☐ There are no CLASS TWO payments treated under this plan. ☒ Treatment of CLASS TWO claims are depicted on Page 2a, attached to this plan.
☐ Debtor's mortgage is treated outside the plan.

3. **CLASS THREE and MOTION TO VALUE SECURED PROPERTY** - *Secured claims not secured solely by a security interest in the Debtor's principal residence which are paid in full under the plan.*
☒ There are no CLASS THREE payments treated under this plan. ☐ A motion to value secured property and treatment of CLASS THREE claims are depicted on Page 3a, attached to this plan.

4. **CLASS FOUR** - *Secured and Unsecured Claims for which the last payment is due after the final payment under the Plan is due.*
☒ There are no CLASS FOUR payments treated under this plan. ☐ Treatment of CLASS FOUR claims are depicted on Page 4a, attached to this plan.

5. **CLASS FIVE** - *Non-Priority Unsecured Claims.* The Debtor estimates that non-priority general unsecured claims total the sum of $ 13,000.00 . Class Five shall be paid as follows: $42.67 month
(Check one box only)
☒ Class Five Claims (including allowed unsecured amounts from Class Three) are of one class and shall be paid (pro rata) at  10%  % of such claims.
☐ Class Five Claims are divided into subclasses as depicted on the attached Exhibit and paid pro rata in each subclass as indicated therein. The Plan provides the same treatment for each claim within each subclass of Class Five. The claims of each subclass are substantially similar and the division into subclasses does not discriminate unfairly.

6. **CLASS SIX** - *Post-Petition claims under Bankruptcy Code § 1305.* Post-petition claims allowed under Bankruptcy Code § 1305 shall be paid in full in equal monthly installments commencing no more than 30 days after entry of an order allowing such claims and concluding on the date of the last payment under the Plan, provided sufficient funds are available under this plan or an amended plan.

**IV. COMPARISON TO CHAPTER 7** - The value as of the effective date of the Plan of property to be distributed under the Plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the Estate of the Debtor were liquidated under Bankruptcy Code Chapter 7 on such date. The percentage distribution to general unsecured creditors under Chapter 7 is estimated at _____ %.

**V. ENLARGEMENT OF TIME FOR PAYMENTS**
The Plan provides for payment over a period of more than 36 months; cause exists as follows:

1. ☐ The Plan proposes to pay at least _____ % of unsecured claims.

2. ☐ Other: _____.

**VI. DEBTOR'S ABILITY TO MAKE PAYMENTS AND COMPLY WITH THE BANKRUPTCY CODE:**
Debtor will be able to make all payments and comply with all provisions of the Plan, based upon the availability to the Debtor of the income and property the Debtor proposes to use to complete the Plan.

This Plan complies with the provisions of Chatper 13 and all other applicable provisions of the Bankruptcy Code. Any fee, charge, or amount required to be paid under the United States Code or required by the Plan to be paid before confirmation has been paid or will be paid prior to confirmation. The Plan has been proposed in good faith and is not by any means forbidden by law.

**VII. MOTION TO AVOID LIENS ON EXEMPT PROPERTY** - ☒ There are no motions to avoid liens filed under this plan. ☐ Motions to avoid liens are attached to this plan on Page 5a.

**VIII. OTHER PROVISIONS** - ☐ There are no other provisions to this plan. ☒ Other provisions are attached to this plan as page 6a.

Dated: 4/16/04 .                                            _____
                                                            Attorney for Debtor

I declare under penalty of perjury that the foregoing is true and correct.

_____        _____
Debtor                                                      Joint Debtor

SECURED CREDITORS PLEASE NOTE IF MOTIONS ARE ATTACHED TO THIS PLAN.
THIS PLAN CONTAINS A TOTAL OF _____ PAGES WHICH INCLUDE THE FOLLOWING PAGES AND CONTINUATION SHEETS (check if attached):

☐ MOTION TO AVOID LIENS - (attached page 5a)    ☐ MOTION TO VALUE SECURED PROPERTY - (attached page 3a)

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0425-2           User: cam                 Page 1 of 1              Date Rcvd: Apr 21, 2004
Case: 04-20488                 Form ID: pdf002           Total Served: 41

The following entities were served by first class mail on Apr 23, 2004.
 db           Kathryn Gale Rhule,    931 Red Oak Street,    Charleston, WV 25302
 aty          Robin L. Godfrey,    800 Security Building,    Charleston, WV 25301
 tr           Helen M. Morris,    P. O. Box 8535,    South Charleston, WV 25303
 smg          IRS,    Att: Joe A. Marsh,    Chief Special Procedures,    425 Juliana St.,
              Parkersburg, WV 26101-5334
 smg          United States Attorney,    Southern District WV,    P.O. Box 1713,    Charleston, WV 25326-1713
 smg          WV Department of Tax & Revenue,    Bankruptcy Unit,    P.O. Box 766,    Charleston, WV 25323-0766
 ust          U. S. Trustee,    300 Virginia St. East,    Room 2025,    Charleston, WV 25301
1368888       A T & T Wireless,    P.O. Box 129,    Newark, NJ 07101
1368889       Allegheny Power Company,    800 Cabin Hill Drive,    Greensburg,PA 15606
1391777       Alltel,    P.O. Box 96019,    Charlotte, NC 28296
1368890       American Electric Power,    P.O. Box 24401,    Canton, OH 44701
1368892       Bone & Joint Surgeons,    100 Tracy Way,    Charleston, WV 25311
1368893       Charleston Area Medical Center,    P.O. Box 3229,    Charleston, WV 25332
1368894       Charter Communications,    P.O. Box 1220,    Scott Depot, WV 25560
1368895       City of Charleston,    Municipal Fees,    P.O. Box 1026,    Charleston, WV 25324
1391778       Dr. Gina Busch,    9 Courtney Drive,    Charleston, WV 25304
1391779       Dr. Stacy Copeland,    9 Courtney Drive,    Charleston, WV 25304
1368896       Eye & Ear Clinic of Charleston,    P.O. Box 2271,    Charleston,WV 25328
1368899       FMS Inc./Arrow Financial Ser.,    4915 South Union Avenue,    Tulsa, OK 74107
1368897       Fashion Bug,    P. O. Box 3000,    Voorhees, NJ 08043
1368900       Gino's Better Pizza,    CBCS,    P.O. Box 2080,    Chillicothe, OH 45601
1368901       Healthcare Financial Services,    1204 Kanawha Blvd. E,    Charleston, WV 25301
1368902       Home Care Medical Equip. Inc.,    P.O. Box 55,    Point Pleasant, WV 25550
1376587       Household Credit Services,    P.O. Box 5216,    Carol Stream, IL 60197
1368903       Integrated Healthcare,    P.O. Box 647,    Charleston, WV 25323-0647
1368904       Joey's,    115 Quarrier Street,    Charleston, WV 25301
1368905       Kanawha County Magistrate Court,    Case No. 03W-0002789,    Judicial Annex,    111 Court Street,
              Charleston, WV 25301
1368886       Midland Mortgage co.,    P.O. Box 268888,    Oklahoma City, OK 73126-8888
1368906       NCO Financial Systems,    P.O. Box 41457,    Philadelphia,PA 19101
1368887       Nathan H. Wasser, Esq.,    Wasser Associates,    43 Greene Street,    Cumberland, MD 21502
1368907       Pinnacle Financial Group,    7825 Washington Ave S. Ste 410,    Minneapolis, MN 55439
1368908       Providian,    P.O. Box 660490,    Dallas, TX 75266
1368909       Putnam County Magistrate Court,    Case No. 00W-0001255,    Putnam County Judicial Bldg.,
              Winfield, WV 25213
1368910       RXBYTEL,    425 W. Washington Street,    Charleston, WV 25302
1391780       Sallie Mae,    P.O. Box 9500,    Wilkes-Barre, PA 18773
1368911       Smith & Smith Dental Corporation,    P.O. Box 6430,    Charleston, WV 25362
1368912       The Westmoreland Agency,    A Capital One Company,    P.O. Box 85523,    Richmond, VA 23286
1368913       Verizon WV,    P.O. Box 17577,    Baltimore, MD 21297
1368914       WV American Water Co.,    P.O. Box 578,    Alton, IL 62002

The following entities were served by electronic transmission on Apr 21, 2004 and receipt of the transmission
was confirmed on:
1368891       E-mail: bankruptcy@bbandt.com Apr 21 2004 23:51:03      BB&T,    P.O. Box 1793,    Charleston, WV 25326
1386877       E-mail: bankruptcy@bbandt.com Apr 21 2004 23:51:03      Branch Banking & Trust Company,
              Bankruptcy Section/ 100-70-01-51,    PO Box 1847,    Wilson, NC 27894-1847
                                                                                             TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
1368898       First Consumer National Bank,    Spiegel,    9310 SW Gemini Drive,    Beaverton, Orgon 97078-0001
1386920*      Branch Banking & Trust Company,    Bankruptcy Section/ 100-70-01-51,    PO box 1847,
              Wilson, NC 27894-1847
                                                                                             TOTALS: 1, * 1
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 23, 2004**         **Signature:**   _Joseph Speetjens_