IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:
KATHRYN GALE RHULE

CASE NO. 04-20488
CHAPTER 13

Debtor

## ORDER DENYING MOTION TO ALLOW DIRECT PAY

This day came the debtor, by counsel, and moved the Court to allow the debtor to make direct payments to the Chapter 13 Trustee, to which the Trustee objects.

It appearing to the Court that the debtor is employed and has wages which can be subject to wage withholding, it is hereby

ORDERED that the motion to allow direct payment to the Chapter 13 Trustee is **DENIED**.

ENTERED: MAY 0 5 2004

_____
JUDGE

Prepared for entry by:

_____
Helen M. Morris, Trustee
State Bar No. 2637