UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re                                                                  Case No. 04-20488

KATHRYN GALE RHULE,                                    Chapter 13

   Debtor(s).                                                       Adjustment of Debts

ORDER TO COMMENCE WITHHOLDING

Pursuant to Local Bankruptcy Rule 6.01, an amount equal to the proposed payments under the Chapter 13 Plan shall be withheld from the wages of the Debtor(s). Accordingly, it is

ORDERED that CAMC, 3100 MacCorkle Avenue, SE, Charleston, WV 25304, which from time to time may owe wages to the Debtor Kathryn Gale Rhule, shall withhold therefrom, to the exclusion of all other deductions and legal processes, except lawful taxes and labor union dues, the sum of $160.00, and shall remit the same, at least monthly, to Helen M. Morris, Trustee, Post Office Box 2207, Memphis, Tennessee, 38101-2207, and shall continue to do so each month until further order of this Court. It is further

ORDERED that the employer shall not assess any fees or charges against the Debtor(s) for instituting the instant wage withholding.

ENTERED:   MAY 0 5 2004

RONALD G. PEARSON, JUDGE

bm