Robin L. Godfrey
800 Security Building
Charleston, WV 25301

Helen M. Morris
P. O. Box 8535
South Charleston, WV 25303

Kathryn Gale Rhule
931 Red Oak Street
Charleston, WV 25302

**CAMC**
**3100 MacCorkle Avenue, SE**
**Charleston, WV 25304**

**Total labels: 4**

**Clerk's Office - U. S. Bankruptcy Court**
**CERTIFICATE OF MAILING**
Copies mailed to the following
— Bankrupt's Attorney
— Bankrupt or Debtor
— Trustee
— U. S. Trustee
— U. S. Attorney
— IRS
— WVSTD
Dated:_____ Deputy Clerk:_____