IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:
KATHRYN GALE RHULE

CASE NO. 04-20488
CHAPTER 13

Debtor

## ORDER DENYING MOTION TO ALLOW DIRECT PAY

This day came the debtor, by counsel, and moved the Court to allow the debtor to make direct payments to the Chapter 13 Trustee, to which the Trustee objects.

It appearing to the Court that the debtor is employed and has wages which can be subject to wage withholding, it is hereby

ORDERED that the motion to allow direct payment to the Chapter 13 Trustee is **DENIED**.

ENTERED:    MAY 0 5 2004

_____
JUDGE

Prepared for entry by:

_____
Helen M. Morris, Trustee
State Bar No. 2637

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0425-2          User: bjm              Page 1 of 1              Date Rcvd: May 05, 2004
Case: 04-20488                Form ID: pdf001        Total Served: 3

The following entities were served by first class mail on May 07, 2004.
db         Kathryn Gale Rhule,    931 Red Oak Street,    Charleston, WV   25302
aty        Robin L. Godfrey,    800 Security Building,    Charleston, WV   25301
tr         Helen M. Morris,    P. O. Box 8535,    South Charleston, WV   25303

The following entities were served by electronic transmission.
NONE.                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 07, 2004**                          **Signature:**    _Joseph Speetjens_