FILED

MAY 26 2004

**IN THE BANKRUPTCY COURT OF THE UNITED STATES**
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA, CHARLESTON

TERESA L. DEPPNER, CLERK
U.S. DISTRICT & BANKRUPTCY COURTS
SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: KATHRYN G RHULE
CHAPTER 13 BANKRUPTCY
SSN: XXX-XX-1988

BANKRUPTCY NUMBER: 2:04-BK-20488

ASSIGNMENT OF CLAIM

For a valuable consideration, the receipt of which is hereby acknowledged, Sallie Mae Inc., authorized agent of SLMA TRUST assign, transfer, and set over to United Student Aid Funds its claim of **$39,266.95** above named debtor.

Sallie Mae Inc., specifically waives further notice of any matters in connection with the above and foregoing claim and requests the court to make an order subrogating the above assignee to the rights of Sallie Mae herein. It is further requested that any check respecting this claim be made payable to United Student Aid Funds and be mailed to 11100 USA Parkway, Fishers, IN. 46038.

Signed: _____ JOHN M GROHOL
Agent of Sallie Mae Inc.,
Authorized Agent of Sallie Mae Inc.
220 Lasley Avenue, Wilkes-Barre, PA. 18706

Title: Claims Analyst

Date: 05/20/2004

G:/USERS/SHARED/CLAIMS/NB Bankruptcy.doc

```
CLASS-111-ACCT BALANCE, AMT DUE, SCHOOL DATA------------ LSC/F         05/20/04
>NXT SCR 111 SSN ___  ___ ___  PG __ OWN ___  ST ___  GU __ LN __ DT ___ ___
SSN ###-##-####   LOANS PART    PROG SM   STATUS RPMT   GUAR US   OWNER 833253
NAME(FML) KATHRYN     G   RHULE           DOB 02 15 57  OWNER   SLMA TRUST
ADDR 931 RED OAK ST                       H PH 304 343 4653  BRNCH ID 4858
CITY CHARLESTON       ST WV  ZIP 25302 2540  W PH ___ ___ ____    DFR INT CD  E
ADDR IND  D       RELEASE INFO  Y LANG                 INT RATE      06.750
VALID ADDR  Y     COS N COM N   AMT OUT      38,943.10  ORIG PRIN    37,453.83
COBORR IND        NLMA PAYOFF _ PRIN SUB     15,781.11  PRIN PD            .00
SEP DATE          GRACE         PRIN NSUB    21,672.72  BR INT PD          .00
SCHOOL  000000    MCS           CAP INT       1,489.27  BR INT YTD         .00
SCHOOL NOT FOUND                ACC BORR INT    323.85  BR INT PYR         .00
CLHSE   N *BKRT*                ANTICPD PIF DT 10/04/23 10-DAY PIF   39,408.66
                                LATE CHG AMT     69.30  OTHER CHGS         .43
PRESENT AMT DUE     592.06  PMT DUE DT    06/04/04  LAST BR PMT RECVD      .00
FEES ACCRUED            Y   SCH PMT AMT     296.03  AMT OF LST BR PMT      .00
AMT DELINQUENT      296.03  1ST PMT DUE   05/04/04  SCHED TERM             240
DAYS DELINQUENT         16  RPMT BEG DT   09/05/03  MAX PAYOFF DT     10/04/23
DELINQUENCY DT    05/04/04  COUP GEN DT   02/19/04  ACTUAL PAYOFF DT
CORRESPONDENCE ENTRY        CPP N   _CNSL IND . _.        LETTER REQUEST ____
   DATE   SOURCE                             MESSAGE
  052004  LPJMG1  ____ _____ _____ CONT _

PF5 BORR ACTV(112).PF6=BILL(121).PF7=COS/REF(116).PF9=ORG PMT DUE.PF10=LOAN DIR
```