Form ntcplmhrg

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

In Re: Kathryn Gale Rhule
     Debtor

Bankruptcy Proceeding No.: 2:04–bk–20488
Chapter: 13
Judge: Ronald G. Pearson

    NOTICE IS HEREBY GIVEN of the Notice of Preliminary Hearing Re: [23] Motion by Midfirst Bank to Lift Automatic Stay upon Debtor's Real Property Located at 931 Red Oak Street, Charleston, WV. Preliminary Hearing Scheduled for 7/7/2004 at 10:00 AM at Bankruptcy Courtroom A, Charleston. Transmitted to BNC with Instructions for Mailing. (bjm, ) .

    NOTICE IS FURTHER GIVEN that a preliminary hearing on the motion shall be held at **Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV** on **7/7/04** at **10:00 AM** . Counsel for the movant(s) and any party with an objection or response to the motion must appear at the preliminary hearing prepared to make their representaions and legal argument to the Court. Parties will not be required to produce factual or expert evidence and testimony unless, upon motion of a party, the Court orders otherwise.

    NOTICE IS FURTHER GIVEN that failure of counsel for the Debtor(s) to appear at the preliminary hearing may result in the Court granting the relief requested without further hearing.

Dated: 6/21/04

                                          Teresa L. Deppner
                                          Clerk, U.S. Bankruptcy Court

                                          BY: Brenda Matthews
                                          Deputy Clerk

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0425-2          User: bjm              Page 1 of 1           Date Rcvd: Jun 21, 2004
Case: 04-20488                Form ID: ntcplmhr      Total Served: 4

The following entities were served by first class mail on Jun 23, 2004.
db         +Kathryn Gale Rhule,    931 Red Oak Street,    Charleston, WV 25302-2540
aty        +Nathan H. Wasser,    43 Greene Street,    Cumberland, MD 21502-2960
aty         Robin L. Godfrey,    800 Security Building,    Charleston, WV   25301
tr         +Helen M. Morris,    P. O. Box 8535,   South Charleston, WV 25303-0535

The following entities were served by electronic transmission.
NONE.                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 23, 2004**                    **Signature:** *Joseph Speetjens*