UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

KATHRYN GALE RHULE            CASE NO. 04-20488
                                 CHAPTER 13
    Debtor

### DEBTOR'S RESPONSE TO MOTION TO LIFT STAY BY MIDFIRST BANK

Now comes debtor and says in response to the aforesaid motion that she is in arrears on the pre-petition mortgage payments but that all arrearages will be paid through the plan. Debtor is current on post-petition payments.

WHEREFORE, debtor moves that the release sought by Midfirst Bank be denied.

                                           KATHRYN GALE RHULE
                                           By Counsel

_____
ROBIN L. GODFREY
WV State Bar No. 1406
Counsel for Debtor
800 Security Building
Charleston, WV 25301

## CERTIFICATE OF SERVICE

I, Robin L. Godfrey, Counsel for Debtor, do hereby certify that a true and exact copy of Debtor's Response To Motion To Lift Stay By Midfirst Bank was served upon the following in the following manner:

>Nathan H. Wasser
>Wasser Associates
>43 Greene Street
>Cumberland, MD 21502
>
>Helen M. Morris
>Trustee
>Fax No. 744-6752
>
>Assistant United States Trustee
>Fax No. 347-3402

Dated this ___ day of June 2004.

ROBIN L. GODFREY
Counsel for Debtor