## UNITED STATES BANKRUPTCY COURT
## FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE: THE MATTER OF

KATHRYN GALE RHULE

    DEBTOR.
_____/

MIDFIRST BANK
    MOVANT,
VS.

KATHRYN GALE RHULE
    AND
HELEN MORRIS, TRUSTEE,
    RESPONDENT(S).

CASE NO.: 04-20488
CHAPTER 13

**FILED**

JUL 1 2 2004

TERESA L. DEPPNER, CLERK
U.S. DISTRICT & BANKRUPTCY COURTS
SOUTHERN DISTRICT OF WEST VIRGINIA

### Notice

The Court will please withdraw Movant's Motion for Relief in the captioned matter.

Respectfully submitted,

_____
Nathan H. Wasser
WV Bar # 8631
Wasser Associates
43 Greene Street
Cumberland, MD 21502
(301) 759-2844
Attorney for Movant

(Certificate of Service on succeeding page)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the _____ day of _____, 2004, a copy of the foregoing Notice was mailed first class, postage prepaid to the following: Helen Morris, Trustee, P.O. Box 8535, South Charleston, WV 25303; Kathryn Gale Rhule, 931 Red Oak Street, Charleston, WV 25302; Robin Godfrey, Esquire, 800 Security Building, Charleston, WV 25301.

_____
Nathan H. Wasser, Esquire

\\Edoodah2\Wasser\Live\docs\1200\1200.002\1200C002.WDN.doc(lmm)