UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re

KATHRYN GALE RHULE,

Debtor.

Case No. 04-20488

Chapter 13

Adjustment of Debts

ORDER DENYING MOTION OF MIDFIRST BANK
TO LIFT AUTOMATIC STAY FOR FAILURE TO PROSECUTE

At Charleston, on the 7th day of July, 2004.

Appearances:    Robin L. Godfrey, counsel for Debtor

Helen M. Morris, Chapter 13 Trustee

On this day the Court had scheduled for hearing the motion of Midfirst Bank to lift the automatic stay upon Debtor's real property in the above-styled case. The Court, noting the lack of any appearance on behalf of the movant, announced that the motion would be denied for failure to prosecute, it is accordingly

ORDERED that the motion of Midfirst Bank to lift the automatic stay is hereby denied for failure to prosecute.

ENTERED:    JUL 14 2004

_____
RONALD G. PEARSON, JUDGE

bm

