UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re

KATHRYN GALE RHULE,

Debtor.

Case No. 04-20488

Chapter 13

Adjustment of Debts

ORDER DENYING MOTION OF MIDFIRST BANK
TO LIFT AUTOMATIC STAY FOR FAILURE TO PROSECUTE

At Charleston, on the 7th day of July, 2004.

Appearances:   Robin L. Godfrey, counsel for Debtor

Helen M. Morris, Chapter 13 Trustee

On this day the Court had scheduled for hearing the motion of Midfirst Bank to lift the automatic stay upon Debtor's real property in the above-styled case. The Court, noting the lack of any appearance on behalf of the movant, announced that the motion would be denied for failure to prosecute, it is accordingly

ORDERED that the motion of Midfirst Bank to lift the automatic stay is hereby denied for failure to prosecute.

ENTERED:   JUL 14 2004

RONALD G. PEARSON, JUDGE

bm



# CERTIFICATE OF SERVICE

```
District/off: 0425-2          User: bjm              Page 1 of 1           Date Rcvd: Jul 14, 2004
Case: 04-20488                Form ID: pdf001        Total Served: 4

The following entities were served by first class mail on Jul 16, 2004.
db         +Kathryn Gale Rhule,    931 Red Oak Street,    Charleston, WV 25302-2540
aty        +Nathan H. Wasser,   43 Greene Street,    Cumberland, MD 21502-2960
aty         Robin L. Godfrey,    800 Security Building,    Charleston, WV   25301
tr         +Helen M. Morris,    P. O. Box 8535,   South Charleston, WV 25303-0535

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 16, 2004**                        Signature:    *Joseph Speetjens*