IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:
KATHRYN GALE RHULE

CASE NO. 04-20488
CHAPTER 13

Debtor

## STIPULATION REGARDING EXEMPTIONS

In the event this case converts to one under Chapter 7, the undersigned stipulate that the time to object to exemptions shall be extended to 30 days after the conclusion of the first meeting of creditors in the converted case. This stipulation as to the extension of time for objection does not apply to the Chapter 13 Trustee unless the undersigned files an amendment to exemptions, at which point the Chapter 13 Trustee shall have 30 days from the service of the amended exemptions to file an objection to the same or unless the undersigned attempts to exempt property not scheduled in the initial filing.

_____
KATHRYN GALE RHULE

Witnessed:

_____
Counsel for debtor(s)

Prepared By:

Helen M. Morris
Chapter 13 Trustee