IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

KATHRYN GALE RHULE,　　　　　　　　　　　　CASE NO. 04-20488

　　　　Debtor　　　　　　　　　　　　　　　　CHAPTER 13

## AMENDMENT TO SCHEDULE F

Now comes debtor and amends Schedule F to add the following creditors:

Timothy Rhule
1750 Pansy Drive
Charleston, WV 25301

　　　　　　　　　　　　　　　　　　　　　KATHRYN GALE RHULE
　　　　　　　　　　　　　　　　　　　　　By Counsel

_____
ROBIN L. GODFREY
Counsel for Debtor
800 Security Building
Charleston, WV 25301

## CERTIFICATE OF SERVICE

I, Robin L. Godfrey, Counsel for Debtors, do hereby certify that a true and exact copy of the Amendment to Schedule F and Notice of Commencement of Case Under Chapter 7 of the Bankruptcy Code, Meeting of Creditors, and Fixing of Dates, was served upon Creditor and the Trustee by depositing a true and exact copy thereof in the United States mail in a properly addressed and stamped envelope and upon the Assistant United States Trustee by Fax as follows:

Timothy Rhule
1750 Pansy Drive
Charleston, WV 25301

Assistant United States Trustee
Fax No. 347-3402

Helen M. Morris
Trustee
Fax No. 744-6752

Dated this 27th day of July, 2004.

_____
ROBIN L. GODFREY
Counsel for Debtor