UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

KATHRYN GALE RHULE                                    CASE NO. 04-20488
                                                      CHAPTER 13
          Debtor

### ORDER GRANTING MORATORIUM OF PLAN PAYMENTS FOR THE MONTHS OF MARCH, APRIL, AND MAY 2005

This day came debtor by counsel and moved for a moratorium of plan payments for the months of March, April, and May 2005.

Wherefore, for good cause shown, the court does hereby ORDERED that debtor shall be and is hereby granted a moratorium of plan payments for the months of March, April, and May 2005.

It is further ORDERED that debtor shall continue making her plan payments in the month of June 2005 and continuing thereafter until further order of the Court.

ENTER:    JUN 22 2005

_____
JUDGE

Prepared by:                          Approved by:

_____      _____
Robin L. Godfrey                      Helen M. Morris
Counsel for Debtor                    Chapter 13 Trustee