Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

Bankruptcy Proceeding No.: 2:04–bk–20488
Chapter: 13
Judge: Ronald G. Pearson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  Kathryn Gale Rhule
  931 Red Oak Street
  Charleston, WV 25302

Social Security No.:
  xxx–xx–1988

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a RESCHEDULED hearing will be held at

Bankruptcy Courtroom A, 6400 Robert C. Byrd U.S. Courthouse, 300 Virginia Street East, Charleston, WV

on 9/21/05 at 10:00 AM

to consider and act upon the following:
[66] Motion of Trustee to Dismiss Case for Failure of Debtor to Maintain Payments to the Trustee, [69] Motion Filed by Debtor Kathryn Gale Rhule to Hold Conditional Order of Dismissal in Abeyance Until September 30, 2005.

Dated: 9/2/05

Teresa L. Deppner
Clerk, U.S. Bankruptcy Court

BY: Marty Reynolds
Deputy Clerk