IN THE UNITES STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

KATHRYN GALE RHULE                                    CASE NO. 04-20488
                                                      CHAPTER 13
  Debtor

### ORDER RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY FILED BY MIDFIRST BANK (MIDFIRST)

This day came debtor by counsel and also came Midfirst and advised the Court that debtor is in arrears post petition with regard to her mortgage payments.

Based upon the agreement of the parties, the Court does hereby make the following order:

It is hereby ORDERED that debtor shall bring the post petition mortgage payments current in accordance with the following schedule:

A. Debtor shall pay $263.60 (the regular monthly mortgage payment) by September 19, which will apply to the April, 2005 mortgage payment due;

B. Beginning October 19, debtor will make two mortgage payments per month by the 19th day of each month which shall be applied to the months set forth below:

1. October 19: May and June payment;
2. November 19: July and August payment;
3. December 19: September and October payment;
4. January 19: November and December payment;
5. February 19: January and February payment

At which point debtor shall be current post petition with her mortgage payment.

In the event that debtor fails to perform in accordance with the schedule set forth above, Midfirst may request a final hearing on its Motion to Lift Stay on an expedited basis.

ENTER: OCT 11 2005

_____
JUDGE

Prepared by:

_____
Robin L. Godfrey
Counsel for Debtor
800 Security Building
Charleston, WV 25301

X _____
KATHRYN GALE RHULE

Approved by:

_____
Nathan H. Wasser
Counsel for Midfirst Bank
Wasser Associates
43 Greene Street
Cumberland, MD 21502