IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

KATHRYN GALE RHULE,　　　　　　　　　　CASE NO. 04-20488
　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
　　　　Debtor

## MOTION TO WITHDRAWAL AS COUNSEL

Now comes debtor's counsel, Robin L. Godfrey, and moves to withdraw as counsel in this case.

In the support thereof, counsel states that he has had repeated difficulties communicating with the debtor. He has called repeatedly by telephone and left messages but not received returned calls. Most recently, counsel wrote to debtor on December 9 requesting that she contact him and has not heard anything.

In addition, there have been failures by debtor in this case to make payments required to her mortgagee. Since the last agreement counsel worked out for debtor, although debtor personally signed the Agreed Order, she has failed to make any payments.

Wherefore, counsel for debtor moves that he be permitted to withdraw as counsel for debtor.

　　　　　　　　　　　　　　　　　　　　　　　　KATHRYN GALE RHULE
　　　　　　　　　　　　　　　　　　　　　　　　By Counsel

/s/Robin L. Godfrey
_____
ROBIN L. GODFREY
WV State Bar. No. 1406
Counsel for Debtor
800 Security Building
Charleston, WV 25301

## CERTIFICATE OF SERVICE

_____I, Robin L. Godfrey, Counsel for Debtor, do hereby certify that a true and exact copy of the Motion to Withdrawal as Counsel was served upon the following by depositing a true and exact copy thereof in the United States mail in a properly addressed and stamped envelope as follows:

        Kathryn Gale Rhule
        931 Red Oak Street
        Charleston, WV 25302

Dated this 20th day of December, 2005

    /s/Robin L. Godfrey
_____
ROBIN L. GODFREY
Counsel for Debtor