IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

KATHRYN GALE RHULE,                              CASE NO. 04-20488
                                                 CHAPTER 13
    Debtor

ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL

    This day came debtor's counsel, Robin L. Godfrey, on his motion to withdrawal as counsel in this case.

    Wherefore, for cause shown, it is hereby ORDERED that Robin L. Godfrey is hereby relieved as counsel for debtor.

    It is further ORDERED that no further action adverse to the debtor may be taken in this case for a period of _____ days to allow debtor the opportunity to obtain other counsel.

    ENTERED:

                                                           _____
                                                          JUDGE