IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:

KATHRYN GALE RHULE,                    CASE NO. 04-20488
                                       CHAPTER 13
      Debtor

### ORDER GRANTING MOTION TO WITHDRAWAL AS COUNSEL

      This day came debtor's counsel, Robin L. Godfrey, on his motion to withdrawal as counsel in this case.

      Wherefore, for cause shown, it is hereby ORDERED that Robin L. Godfrey is hereby relieved as counsel for debtor.

      It is further ORDERED that no further action adverse to the debtor may be taken in this case for a period of _30_ days to allow debtor the opportunity to obtain other counsel.

ENTERED:       **FEB 15 2006**

_____
JUDGE

