IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

IN RE:
KATHRYN GALE RHULE

CASE NO. 04-20488
CHAPTER 13

Debtor

## ORDER DISMISSING PETITION

At Charleston, in said district, on the 11th day of January, 2006.

Appearances: Robin L. Godfrey, counsel for the debtor; and Helen M. Morris, Chapter 13 Trustee.

This matter came on for hearing on the Notice of Debtor's Default of Order Entered on October 11, 2005, regarding the motion of Midfirst Bank to Lift Stay. The trustee advised the Court that the debtor had made no payments pursuant to the plan since March, 2005, and that at least two motions to dismiss had been filed and resolved since that time period. The trustee asserts by the tender of this Order that she has received no payments from the debtor since the hearing and indeed that the last payment received in the case was posted on March 16, 2005.

It appearing to the Court that by Order entered on the 29th day of September, 2005, the debtor was granted until October 7, 2005, to bring her plan current, and that the debtor has failed to do so, it is hereby

ORDERED that the debtor's petition herein is dismissed. It is further

ORDERED that the Court decline's to rule on the Notice of Default by virtue of the dismissal of the petition.

ENTERED: **FEB 16 2006**

_____
JUDGE

Prepared for entry by:

/s/Helen M. Morris
Helen M. Morris, Trustee
State Bar No. 2637

