Form fnldecreedis

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

In Re: Kathryn Gale Rhule
      Debtor(s)

Case No.: 2:04−bk−20488
Chapter: 13
Judge: Ronald G. Pearson

## FINAL DECREE CLOSING CASE

The estate of the above named debtor(s) has been dismissed.

IT IS ORDERED THAT:

(1) The trustee is discharged from the estate of the above named debtor(s) and the bond is cancelled;

(2) The chapter 13 case of the above named debtor(s) is closed.

Entered: 6/13/06

By the Court
Ronald G. Pearson

United States Bankruptcy Judge