Form fnldecreedis

# UNITED STATES BANKRUPTCY COURT
## Southern District of West Virginia

In Re: Kathryn Gale Rhule
      Debtor(s)

Case No.: 2:04–bk–20488
Chapter: 13
Judge: Ronald G. Pearson

## FINAL DECREE CLOSING CASE

The estate of the above named debtor(s) has been dismissed.

IT IS ORDERED THAT:

(1)  The trustee is discharged from the estate of the above named debtor(s) and the bond is cancelled;

(2)  The chapter 13 case of the above named debtor(s) is closed.

Entered: 6/13/06

By the Court
Ronald G. Pearson

United States Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0425-2           User: dlp                  Page 1 of 2              Date Rcvd: Jun 13, 2006
Case: 04-20488                 Form ID: fnldec2           Total Served: 51


The following entities were served by first class mail on Jun 15, 2006.
db         +Kathryn Gale Rhule,    931 Red Oak Street,    Charleston, WV 25302-2540
aty        +Nathan H. Wasser,    43 Greene Street,    Cumberland, MD 21502-2960
tr         +Helen M. Morris,    P. O. Box 8535,    South Charleston, WV 25303-0535
smg         United States Attorney,    Southern District WV,    P.O. Box 1713,    Charleston, WV  25326-1713
smg         WV Department of Tax & Revenue,    Bankruptcy Unit,    P.O. Box 766,    Charleston, WV  25323-0766
ust        +U. S. Trustee,    300 Virginia St. East,    Room 2025,    Charleston, WV 25301-2535
cr         +Sallie Mae Servicing L.P,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1430
cr         +United Student Aid Funds,    11100 USA Parkway,    Fishers, IN 46037-9203
1368888     A T & T Wireless,    P.O. Box 129,    Newark, NJ 07101
1391777    +Alltel,    P.O. Box 96019,    Charlotte, NC 28296-0019
1400612    +Alltel,    Bankruptcy Dept - 1269 B5F03-B,    Alltel Corporation,    1 Allied Drive,
             Little Rock AR 72202-2099
1368890    +American Electric Power,    P.O. Box 24401,    Canton, OH 44701-4401
1400883     American Electric Power,    PO Box 2021,    Roanoke, VA  24022-2121
1429992     Arrow Financial Services LLC,    c/o BECKET & LEE LLP,    Attorneys for Claimant,    P.O. Box 3001,
             Malvern, PA  19355-0701
1368892    +Bone & Joint Surgeons,    100 Tracy Way,    Charleston, WV 25311-1257
1445796    +Capital One Bank,    PO Box 85167,    Richmond,VA 23285-5167
1368893    +Charleston Area Medical Center,    P.O. Box 3229,    Charleston, WV 25332-3229
1402962    +Charming Shoppes - Fashiohn Bug,    c/o First Express,    PO Box 856021,    Louisville, KY 40285-6021
1368894    +Charter Communications,    P.O. Box 1220,    Scott Depot, WV 25560-1220
1368895    +City of Charleston,    Municipal Fees,    P.O. Box 1026,    Charleston, WV 25324-1026
1391778    +Dr. Gina Busch,    9 Courtney Drive,    Charleston, WV 25304-2699
1391779    +Dr. Stacy Copeland,    9 Courtney Drive,    Charleston, WV 25304-2699
1368896    +Eye & Ear Clinic of Charleston,    P.O. Box 2271,    Charleston,WV 25328-2271
1368899    +FMS Inc./Arrow Financial Ser.,    4915 South Union Avenue,    Tulsa, OK 74107-7839
1368897     Fashion Bug,    P. O. Box 3000,    Voorhees, NJ 08043
1368898     First Consumer National Bank,    Spiegel,    9310 SW Gemini Drive,    Beaverton, Orgon 97078-0001
1368900    +Gino's Better Pizza,    CBCS,    P.O. Box 2080,    Chillicothe, OH 45601-8080
1368901    +Healthcare Financial Services,    1204 Kanawha Blvd. E,    Charleston, WV 25301-2900
1368902    +Home Care Medical Equip. Inc.,    P.O. Box 55,    Point Pleasant, WV 25550-0055
1376587    +Household Credit Services,    P.O. Box 5216,    Carol Stream, IL 60197-5216
1368903     Integrated Healthcare,    P.O. Box 647,    Charleston, WV 25323-0647
1368904    +Joey's,    115 Quarrier Street,    Charleston, WV 25301-2003
1368905    +Kanawha County Magistrate Court,    Case No. 03W-0002789,    Judicial Annex,    111 Court Street,
             Charleston, WV 25301-2165
1415884    +Midland Mortgage Company,    c/o Wasser Associates,    43 Greene Street,    Cumberland, MD 21502-2926
1368886     Midland Mortgage co.,    P.O. Box 268888,    Oklahoma City, OK 73126-8888
1368906    +NCO Financial Systems,    P.O. Box 41457,    Philadelphia,PA 19101-1457
1368887    +Nathan H. Wasser, Esq.,    Wasser Associates,    43 Greene Street,    Cumberland, MD 21502-2926
1368907    +Pinnacle Financial Group,    7825 Washington Ave S. Ste 410,    Minneapolis, MN 55439-2411
1368908    +Providian,    P.O. Box 660490,    Dallas, TX 75266-0490
1368909     Putnam County Magistrate Court,    Case No. 00W-0001255,    Putnam County Judicial Bldg.,
             Winfield, WV 25213
1368910    +RXBYTEL,    425 W. Washington Street,    Charleston, WV 25302-2130
1407958    +SLMA TRUST,    c/o Sallie Mae, Inc.,    220 Lasley Ave,    Wiles Barre, PA 18706-1430
1391780    +Sallie Mae,    P.O. Box 9500,    Wilkes-Barre, PA 18773-9500
1368911    +Smith & Smith Dental Corporation,    P.O. Box 6430,    Charleston, WV 25362-0430
1368912    +The Westmoreland Agency,    A Capital One Company,    P.O. Box 85523,    Richmond, VA 23286-0001
1368914    +WV American Water Co.,    P.O. Box 578,    Alton, IL 62002-0578
The following entities were served by electronic transmission on Jun 13, 2006 and receipt of the transmission
was confirmed on:
1445701      E-mail: csc_credit@alleghenypower.com Jun 13 2006 20:11:12      Allegheny Power,    P.O. Box 1392,
             Fairmont, WV  26555-1392
1368889     +E-mail: csc_credit@alleghenypower.com Jun 13 2006 20:11:14      Allegheny Power Company,
             800 Cabin Hill Drive,    Greensburg,PA 15606-0001
1368891     +E-mail: bankruptcy@bbandt.com Jun 13 2006 20:16:26       BB&T,    P.O. Box 1793,
             Charleston, WV 25326-1793
1386877      E-mail: bankruptcy@bbandt.com Jun 13 2006 20:16:26       Branch Banking & Trust Company,
             Bankruptcy Section/ 100-70-01-51,    PO Box 1847,    Wilson, NC  27894-1847
1368913     +E-mail: BankruptcyVerizonEast@afninet.com Jun 13 2006 20:11:07      Verizon WV,    P.O. Box 17577,
             Baltimore, MD 21297-0513
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Midfirst Bank
1386920*    ++BB AND T,    PO BOX 1847,    WILSON NC 27894-1847
              (address filed with court: Branch Banking & Trust Company,    Bankruptcy Section/ 100-70-01-51,
             PO box 1847,    Wilson, NC  27894-1847)
                                                                                              TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0425-2           User: dlp                Page 2 of 2              Date Rcvd: Jun 13, 2006
Case: 04-20488                 Form ID: fnldec2         Total Served: 51

                 ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 15, 2006**                           **Signature:** _/s/ Joseph Speetjens_